UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENNETH CROY,

    Plaintiff,

vs.

GREEN TREE SERVICING, LLC,

    Defendant.

CASE NO. _____

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, Green Tree Servicing, LLC ("Green Tree"), by and through its undersigned counsel, files this Notice of Removal pursuant to Title 28, Section 1446, United States Code, and removes the above-captioned civil action to the United States District Court for the Middle District of Florida, Fort Myers Division.

This civil action was originally filed on or about May 18, 2012, in the Twentieth Judicial Circuit, Charlotte County, Florida, against Green Tree Insurance Agency, Inc. under Case Number 12000406SP (the "State Court Action"). In an apparent response to a Motion to Dismiss from Green Tree Insurance Agency, Inc., Plaintiff filed an Amended Complaint on August 9, 2012. The Amended Complaint dropped Green Tree Insurance Agency, Inc. and added Green Tree as a new party for the first time. Green Tree was served with the Amended Complaint and summons on September 18,

2012. As the summons and copy of the Amended Complaint were served on Green Tree on September 18, 2012, this notice of removal is being timely filed within the applicable time period for removal pursuant to Title 28, Section 1446(b), United States Code.

The United States District Court for the Middle District of Florida, Fort Myers Division, is the federal court for the district and division in which this civil action is pending. 28 U.S.C. § 1441.

The United States District Court has original jurisdiction over this civil action under Title 28, Section 1331, United States Code, because based on the written allegations appearing on the fact of Plaintiff's Amended Complaint, this matter involves federal questions arising under the laws of the United States.

Plaintiff's Amended Complaint alleges, among other things, that Green Tree has violated several provisions of federal law, involving the Telephone Consumer Protection Act (47 U.S.C. §227), and 47 C.F.R § 64.1200, and demands relief based upon these alleged violations. Moreover, the allegations arising under the laws of the United States are sufficiently intertwined with Plaintiff's other allegations that they form part of the same case or controversy. Plaintiff's allegations, therefore, satisfy the requirements of Title 28, Sections 1331 and 1367(a), United States Code.

In accordance with 28 U.S.C. § 1446(d), notice of the filing of the Notice of State Court Removal has been served by Electronic Mail on all parties to the removed cause

of action. A true and correct copy of the Notice of State Court Removal which is being filed with the Charlotte County Clerk of Court is attached hereto as Exhibit "A". As contemplated by 28 U.S.C. § 1446(a), a copy of the case docket from the State Court Action is attached hereto as Exhibit "B", and copies of the pleadings filed to date in the State Court Action and served upon Green Tree are attached as Composite Exhibit "C".

WHEREFORE, Defendant Green Tree Servicing, LLC, removes the State Court Action to the United States District Court, Middle District of Florida, Fort Myers Division.

Dated: October 17, 2012.

        MILAM HOWARD NICANDRI
        DEES & GILLAM, P.A.

By: /s/ Peter E. Nicandri
Peter E. Nicandri
Florida Bar No. 823090
Michael T. Fackler
Florida Bar No. 612421
14 East Bay Street
Jacksonville, Florida 32202
Tel: (904) 357-3660
Fax: (904) 357-3662
pnicandri@milamhoward.com
mfackler@milamhoward.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-mail and U.S. Mail to D. Nicole Lang, Esq., Viles & Beckman, L.L.C., 6350 Presidential Court, Suite A, Fort Myers, Florida 33919, on this 17th day of October, 2012.

                                                                   _____
                                                                              Attorney

IN THE SMALL CLAIMS COURT,
TWENTIETH, JUDICIAL CIRCUIT,
IN AND FOR, CHARLOTTE COUNTY,
FLORIDA

CASE NO. 12000406SP

KENNETH CROY,

    Plaintiff,

vs.

GREEN TREE SERVICING, LLC,

    Defendant.
_____/

## DEFENDANT'S NOTICE TO STATE COURT OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1446(d), Defendant Green Tree Servicing, LLC, removed this action to the United States District Court, Middle District of Florida, Fort Myers Division on October 3, 2012. A true and correct copy of the Notice of Removal is attached hereto as Exhibit "A".

**Exhibit "A"**

MILAM HOWARD NICANDRI
DEES & GILLAM, P.A.

By: /s/ *signature*
Peter E. Nicandri
Florida Bar No. 823090
Michael T. Fackler
Florida Bar No. 612421
14 East Bay Street
Jacksonville, Florida 32202
Tel: (904) 357-3660
Fax: (904) 357-3662
pnicandri@milamhoward.com
fackler@milamhoward.com
lmusico@milamhoward.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Rule 2.516, Fla. R. Jud. Admin., a true and correct copy of the foregoing has been furnished by E-mail to D. Nicole Lang, Esq., at dari@vilesandbeckman.com, on this 17th day of October, 2012.

/s/ *signature*
Attorney

2