# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

KENNETH CROY,

    Plaintiff,

vs.

GREEN TREE SERVICING, LLC,

    Defendant.

**CASE NO. 2:12-cv-00573UA-SPC**

## NOTICE OF SETTLEMENT

Plaintiff, Kenneth Croy, and Defendant, Green Tree Servicing LLC (collectively, the "Parties") notify the Court pursuant to Local Rule 3.08, that the Parties have settled the claims asserted in Plaintiff's Complaint in this case against Defendant.

DATED this 13th day of June, 2013.

| VILES AND BECKMAN, LLC | MILAM HOWARD NICANDRI DEES & GILLAM, P.A. |
|---|---|
| By: /s/ *Michael L. Beckman* | By: /s/ *Peter E. Nicandri* |
| Michael L. Beckman | Peter E. Nicandri |
| Florida Bar No. 0128279 | Florida Bar No. 823090 |
| 6350 Presidential Court, Suite A | Michael T. Fackler |
| Fort Myers, Florida 33919 | Florida Bar No. 612421 |
| Tel: (239) 334-3933 | 14 East Bay Street |
| Fax: (239) 334-7105 | Jacksonville, Florida 32202 |
| michael@vilesandbeckman.com | Tel: (904) 357-3660 |
|  | Fax: (904) 357-3662 |
| *Attorneys for Plaintiff* | pnicandri@milamhoward.com |
|  | mfackler@milamhoward.com |
|  | *Attorneys for Defendant* |