UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENNETH CROY,

    Plaintiff,

v.                                         Case No: 2:12-cv-573-FtM-38UAM

GREEN TREE SERVICING, LLC,

    Defendant.
_____/

**ORDER**[1]

    This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal (Dkt. #29), filed on July 24, 2012. Fed. R. Civ. P. 41(a)(1) provides that an action may be dismissed by the plaintiff without order of the court by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. The Stipulation was not signed by Defendant Green Tree Servicing who has previously entered an appearance in this case.

    Accordingly, it is now

    **ORDERED:**

---

[1]Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Defendant Green Tree Servicing is directed to **file a notice** with the Court regarding its position on Plaintiff's Notice of Voluntary Dismissal (Dkt. #29) **by August 2, 2013.**

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of July, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record